STATE OF OHIO, on Relation of RODNEY P. LIEN, Superintendent of Banks of the State of Ohio, in Charge of the Liquidation of the UNION TRUST COMPANY, v. ESSIE C. ABELL and Others, Impleaded with ELLA R. CLARKE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MORRIS L. IDELEVITZ v. HERBERT L. PRATT and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

L. & A. REALTY CORPORATION v. WEST SIDE FEDERAL SAVINGS AND LOAN ASSOCIATION and HENRY BARON, on His Own Behalf, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

DOROTHY O'DEA, by CATHERINE O'DEA, Her Guardian ad Litem, (as Amended) v. MONTAGE VINEYARDS Co., INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of FIORELLO H. LAGUARDIA, as Mayor of the City of New York, to Vacate, Quash or Modify a Certain Subpœna Duces Tecum Dated January 9, 1941, Directing Said Petitioner to Appear and Testify before a Special Committee of the Council of the City of New York Investigating the Affairs and Conduct of the Municipal Civil Service Commission and to Produce Certain Papers and Documents before Such Specific Committee, against ALFRED E. SMITH, JR., and Others.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

JOSEPH ULLMAN BROKERAGE CORPORATION v. THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of ESBECO DISTILLING CORPORATION to Review an Order of HENRY E. BRUCKMAN and Others, Constituting the State Liquor Authority of the State of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of CHARLES RICHEL against HARRIS H. MURDOCK and Others.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellant's filing the undertaking required by section 593 of the Civil Practice Act, on condition that the application to the Court of Appeals be made returnable not later than May 26, 1941. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HENRY ISCOVITZ v. WEST STREET ENTERPRISES, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, and stay vacated. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.